AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

CHARLES WARD

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09-MJ-23

| PRESIDING JUDGE<br>DENNIS H. INMAN | PLAINTIFF'S ATTORNEY<br>HELEN C.T. SMITH | DEFENDANT'S ATTORNEY<br>TIM S. MOORE |
|---|---|---|
| TRIAL DATE (S)<br>DETENTION HEARING 2/13/2009 | COURT REPORTER<br>KAREN BRADLEY | COURTROOM DEPUTY<br>CONNIE LAMB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | - | 2/13/09 | - | - | CATHY DEADERICK |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages